**People of the State of Illinois, Plaintiff-Appellee, v. Robert E. Cooksey, Defendant-Appellant.**

**Gen. No. 69–94. (Abstract of Decision.)**

Second District.

January 19, 1970.

Lewis V. Morgan, Jr., of Wheaton, for appellant; William V. Hopf, State's Attorney of DuPage County, of Wheaton, and A. E. Botti, Assistant State's Attorney, for appellee. Opinion by JUSTICE SEIDENFELD. Not to be published in full.